IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY PINKSTON, | |
| Plaintiff, | CIVIL ACTION FILE NO.: _____ |
| v. | |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and ANDREW COLLINS | Dekalb County State Court Case No. 21A02131 |
| Defendants. | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and ANDREW COLLINS being the Defendants named in this action, hereby remove to this Court the State Court action described below and respectfully show the Court the following:

1.

A civil action was filed by the above-named Plaintiff Kimberly Pinkston in the State Court of Dekalb County, State of Georgia, naming as the Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and ANDREW COLLINS, being Civil Action File No. 21A02131, the Summons and Complaint and all other pleadings in said civil action being attached hereto as Exhibit "A".

2.

At the time of the filing of the Complaint, the Plaintiff was a citizen and resident of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant Swift Transportation Co. of Arizona, LLC, was a foreign limited liability company authorized to do business in the State of Georgia, with its principal place of business located at 2200 S. 75th Ave., Phoenix, Arizona 85043.

4.

At the time of the filing of the Complaint, Defendant Andrew Collins was a citizen and resident of the State of Indiana residing at 2378 E. County Road 200 North, Center Point, IN 47840.

5.

At the time of filing of the Complaint, the sole member of Defendant Swift Transportation Co. of Arizona, LLC is Knight-Swift Transportation Holdings, Inc., which is a publicly traded corporation organized under the laws of the State of Delaware, with a principal place of business located at 2200 S. 75th Ave., Phoenix, Arizona 85043.

6.

The Plaintiff seeks judgment against the Defendants for sums in excess of $75,000.00, exclusive of interest and costs.

7.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with 28 U.S.C. § 1332(a), there being diversity of citizenship between the plaintiff and all of the defendants and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

8.

Now, within thirty (30) days after receipt by Defendants of a copy of the Summons and Complaint filed in the State Court of Dekalb County, State of Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

This 28th day of May, 2021.

MCMICKLE, KUREY & BRANCH, LLP

*/s/ Raymond J. Kurey*
RAYMOND J. KUREY
Georgia Bar No. 430472
For the Firm
*Attorneys for Defendants*

M0723931.1 14808

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: RJK@mkblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using electronic efiling which will automatically send email notification of such filing to the following attorneys of record:

> J. Martin Futrell, Esq.
> Witherite Law Group, LLC
> 600 W. Peachtree Street, NW
> Suite 740
> Atlanta, GA 30308

This 28th day of May, 2021.

> */s/ Raymond J. Kurey*
> For the Firm
> Attorney for Defendants